# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  03-cr-00089-RB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  THOMAS HALL,

      Defendant.

---

## MINUTE ORDER[1]

---

      The request of defendant, Thomas W. Hall, in correspondence form [#693] (filed 2/13/06) for the return of his passport **IS GRANTED.** Therefore, the clerk of the court is authorized and directed to return the passport of Thomas W. Hall (U.S. Passport No. 094295722) to him by mail at the address indicated by Mr. Hall in his request. The mailing of the passport shall be documented by electronic entry in the court's CM/ECF system. The mailing of the passport shall relieve the clerk of the court of further responsibility and liability concerning the passport.

      Dated: February 16, 2006

---------------------------------------------------------------------------------------------------------------

---

[1]This **Minute Order** is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.